ACCEPTED
01-15-01015-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 4:24:37 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 2014-37834

| | | |
|---|---|---|
| **EWEMADE OZIGBO** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **ALLIED COLLISION CENTER, INC.** | § | |
| **Defendant** | § | **215ᵀᴴ JUDICIAL DISTRICT** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2015 4:24:37 PM
CHRISTOPHER A. PRINE
Clerk

### DEFENDANT ALLIED COLLISION CENTER, INC.'S NOTICE OF APPEAL

Defendant Allied Collision Center, Inc. wishes to appeal the Final Judgment of the Court filed on September 1, 2015 to the First or Fourteenth Court of Appeals.

Respectfully submitted,

*/s/ Dan R. Revier*

Dan R. Revier
State Bar No. 2405609
1445 North Loop West, Suite 900
Telephone: 713-864-2393
Facsimile: 713-802-1339
dr.revier@justice.com
**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of this document has been served on the following counsel of record on November 30, 2015:

Arthur J. White III
1700 Post Oak Boulevard
Two Boulevard Place
Suite, 600
Houston, TX 77056

Via Facsimile *866-645-7314*

/s Dan. R. Revier_____
Dan R. Revier
